NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLASSEN IMMUNOTHERAPIES, INC., A MARYLAND CORPORATION,**
*Plaintiff-Appellant*

**JOHN BARTHELOW CLASSEN,**
*Counterclaim Defendant*

**v.**

**ELAN PHARMACEUTICALS, INC., A DELAWARE CORPORATION,**
*Defendant/Counterclaimant-Appellee*

---

2017-1033

---

Appeal from the United States District Court for the District of Maryland in No. 1:04-cv-03521-RDB, Judge Richard D. Bennett.

---

**JUDGMENT**

---

JOSEPH J. ZITO, DNL ZITO, Washington, DC, argued for plaintiff-appellant. Also represented by LUIZ FELIPE V S C DE OLIVEIRA.

JAMES B. MONROE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for defendant/counterclaimant-appellee. Also represented by PAUL WILLIAM BROWNING.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 17, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |